THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brian E. Salters,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-283
Submitted February 20, 2003  Filed 
 April 17, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Robert M. Pachak, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, of 
 Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM:  Brian E. Salters was convicted 
 of trafficking in cocaine and was sentenced to seven years imprisonment.  On 
 appeal, counsel for Salters argues the trial judge erred by refusing to suppress 
 the cocaine because the arresting officer lacked probable cause to stop him.  
 In his pro se brief, Salters reiterates counsels argument above and, in addition, 
 argues the trial judge erred by refusing to instruct the jury as to the operational 
 requirements regarding taillights on motor vehicles.  After a thorough review 
 of the record, counsels brief, and Salters pro se brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Salterss appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.